UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CONRAD P. DARR

VERSUS

AMERISURE INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 16-232-JWD-EWD

OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report filed on August 31, 2016, to which no objection was filed:

**IT IS ORDERED** that Darr's Motion for Leave to File Supplemental and Amended Complaint, (Doc. 16), is DENIED.

**IT IS FURTHER ORDERED** that Darr's Motion to Remand (Doc. 8), is DENIED AS MOOT, and that a Scheduling Conference be set by the Magistrate Judge for twelve (12) weeks from the date of this Report and that the parties' Status Report be due ten (10) weeks from the date of this Report.

Signed in Baton Rouge, Louisiana, on September 20, 2016.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA